AO 247 (10/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)        Page 1 of 2 (Page 2 Not for Public Disclosure)

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 MAY 27  AM 8:30

CLERK _CAdams_
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Statesboro Division

United States of America )
v. )
) Case No: 6:09CR00048-3
Alex Ashley ) USM No: 14260-021
)
Date of Original Judgment:           August 25, 2010      )   C. Lee Cannon, Jr.
Date of Previous Amended Judgment: January 26, 2011   )   Defendant's Attorney
*(Use Date of Last Amended Judgment, if any)*

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED.  [X] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __136__ months **is reduced to** __130 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated __August 25, 2010__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  5/27/15

_/s/ Dudley H. Bowen, Jr._
Judge's signature

Dudley H. Bowen, Jr.
United States District Judge

Effective Date: November 1, 2015
*(if different from order date)*                           *Printed name and title*